UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO M. GORGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOR MOTOR COACH, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03603-RFL<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 29, 32 |

　　　　A joint case management statement was due in this action on July 31, 2024, and a case management conference was set for August 7, 2024.  After the parties did not file a case management statement by the deadline, a Clerk's Notice was issued, directing the parties to file their statement by noon on August 5, 2024.  No such filing was made, and neither party appeared at the case management conference.  The Court notes that it received an informal communication indicating that the parties had settled, but the parties did not file a notice of settlement or any request to continue the case management conference.  Accordingly, the parties are **ORDERED TO SHOW CAUSE**, in writing, by **August 21, 2024**, explaining why they failed to file a joint case management statement and why they failed to appear at the case management conference.  Alternatively, the parties may file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 by that same date.  Failure to comply with this order may result in sanctions.

　　　　**IT IS SO ORDERED.**

Dated: August 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1